No. 76–6393.  TYLER v. WYRICK, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 76–6397.  BOYD v. RODRIGUEZ, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 76–6399.  ROBERTS v. LEEKE, CORRECTIONS DIRECTOR, ET AL.  C. A. 4th Cir.  Certiorari denied.

76–6402.  CROSS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 76–6405.  JOHNSON v. RYAN, GENESEE COUNTY PAROLE AGENT.  C. A. 6th Cir.  Certiorari denied.

No. 76–6412.  YOUNGER v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 76–6416.  JOE v. WARNER BROS., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 76–6417.  REID v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 76–6425.  PHILLIPS v. CRISP, WARDEN.  Ct. Crim. App. Okla.  Certiorari denied.

No. 76–6426.  HERMAN v. FLORIDA.  Dist Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 76–6431.  KARKENNY v. POTOMAC BUILDING CORP.  Ct. App. D. C.  Certiorari denied.

No. 76–6444.  MOODY v. MOODY.  Sup. Ct. Ga.  Certiorari denied.

No. 76–6446.  RASBERRY v. J. C. PENNEY, GREENBRIAR. C. A. 5th Cir.  Certiorari denied.